UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*In re* RAHUL DEV MANCHANDA

---

RAHUL DEV MANCHANDA,

                Appellant,

-against-

WILLIAM K. HARRINGTON,

                Appellee.

24-CV-9560 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      Rahul Dev Manchanda appeals a memorandum endorsement by the Bankruptcy Court for the Southern District of New York scheduling prompt briefing and the adjournment of a pretrial conference. The Court has no jurisdiction to hear such an appeal, which fails to qualify as a final disposition of a discrete dispute within the case under 28 U.S.C. § 158(a). *See Ritzen Grp., Inc. v. Jackson Masonry, LLC*, 589 U.S. 35, 39 (2020). Neither is the matter appealable under Section 158(b), which covers orders on the deadline to file a plan, or Section 158(c), because no leave of the Court has been granted for this appeal. The Clerk of Court is directed close the case.

Dated: March 3, 2025
       New York, New York

                                          SO ORDERED.

                                          *Jessica Clarke*

                                          JESSICA G. L. CLARKE
                                          United States District Judge