UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In re* RAHUL DEV MANCHANDA

RAHUL DEV MANCHANDA,

                 Appellant,

-against-

WILLIAM K. HARRINGTON,

                 Appellee.

24-CV-9560 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

       It appears that Appellant-Debtor inadvertently filed a motion for transfer of venue in this Court. ECF No. 3. Motions for transfer of venue for a bankruptcy case should be made with the bankruptcy court in which the action was originally filed. *See* Fed. R. Bankr. Pro. 1014. The Clerk of Court is directed to terminate ECF No. 3.

Dated: June 4, 2025
        New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge